**DISMISS; and Opinion Filed January 26, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00499-CR

**JEB STEVENS BROWN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-83651-2013**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Brown

Jeb Stevens Brown appealed his conviction for the offense of criminal mischief. On April 16, 2014, the trial court granted appellant a new trial as to punishment only. On January 13, 2015, the State of Texas filed a motion to dismiss this appeal, asserting this Court lacks jurisdiction. We agree. Because the trial court granted a new trial on punishment, there is no final, appealable judgment. *See Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

We grant the State's motion and dismiss this appeal for lack of jurisdiction.


/Ada Brown/
_____
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.

140499F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEB STEVENS BROWN, Appellant

No. 05-14-00499-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-83651-2013.
Opinion delivered by Justice Brown. Justices Bridges and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 26th day of January, 2015.